CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUL 07 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| PROTHERAPY ASSOCIATES, LLC, *Plaintiff*, v. AFS OF BASTIAN, INC. ET AL, *Defendants*. | CIVIL NO. 6:10cv0017 ORDER JUDGE NORMAN K. MOON |

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion to compel arbitration and stay proceedings [docket no. 31] is GRANTED with regard to the payment dispute between the parties, and DENIED with regard to the non-solicitation claims.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: This 7th Day of July, 2010

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE